**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| REMBERTO HERNANDEZ ZECENA, <br><br> Petitioner, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 08-72857 <br><br> Agency No. A073-403-628 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 15, 2011[**]

Before:    CANBY, O'SCANNLAIN, and FISHER, Circuit Judges.

   Remberto Hernandez Zecena, a native and citizen of Guatemala, petitions

for review of the Board of Immigration Appeals" ("BIA") order dismissing his

appeal from an immigration judge's decision denying his application for asylum.

Our jurisdiction is governed by 8 U.S.C. § 1252.  We review for substantial

---

   [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

   [**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

evidence, *Zehatye v. Gonzales*, 453 F.3d 1182, 1184-85 (9th Cir. 2006), and we deny in part and dismiss in part the petition for review.

Substantial evidence supports the agency's determination that the presumption of a well-founded fear of future persecution was rebutted by evidence of changed country conditions. *See Kumar v. INS*, 204 F.3d 931, 934 (9th Cir. 2000); *see also* 8 C.F.R. § 1208.13(b)(1)(i)(A). We reject Zecena's contention that the agency's analysis was not sufficiently individualized. *See Gonzalez-Hernandez v. Ashcroft*, 336 F.3d 995, 999-1000 (9th Cir. 2003) ("it is entirely appropriate for the BIA" to use its expertise in considering country reports and deciding which portions are relevant to applicant).

The court lacks jurisdiction to review Zecena's contention that he qualifies for humanitarian asylum because he failed to exhaust this claim before the agency. *See Barron v. Ashcroft*, 358 F.3d 674, 678 (9th Cir. 2004).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**